IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 16-cv-02472-PAB-SKC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LA'TONYA FORD,
KIMBERLY FUNCHESS,
MARCUS ADAMS,
KENNETH CONLEY,
ALCENA GANNAWAY,
THE ESTATE OF KONTAR TONEE MWAMBA, and
MARIETTA VARGAS,

    Intervenor Plaintiffs,

v.

JACKSON NATIONAL LIFE INSURANCE COMPANY,
JACKSON NATIONAL LIFE DISTRIBUTORS, LLC, and
JACKSON NATIONAL LIFE INSURANCE COMPANY OF NEW YORK,

    Defendants.

## ORDER

This matter is before the Court on the Joint Motion for Entry of Consent Decree [Docket No. 170]. The EEOC, all Intervenor Plaintiffs with the exception of La'Tonya Ford, and all defendants ("the moving parties") indicate that they have resolved all claims in this action with the exception of Ms. Ford's individual claims under Title VII. Docket No. 170 at 1. The moving parties request that the Court approve a Consent

Decree and enter judgment pursuant to its terms.[1]  *See* Docket No. 170 at 5 at 1; *see also* Docket No. 170-1 (the Consent Decree).  The moving parties agree that the entry of a Consent Decree will not prevent Ms. Ford from proceeding with her individual claims.  *See* Docket No. 170 at 1; *id.* at 4, ¶¶ 14-16.  The Court having reviewed the motion and the attached Consent Decree, it is

   **ORDERED** that the Joint Motion for Entry of Consent Decree [Docket No. 170] is **GRANTED**.  It is further

   **ORDERED** that the Consent Decree entered into between the moving parties [Docket No. 170-1] is adopted as an Order of the Court and judgment shall enter accordingly.


   DATED January 7, 2020.


                                       BY THE COURT:


                                        S/Philip A. Brimmer
                                       PHILIP A. BRIMMER
                                       Chief United States District Judge

_____